# United States Court of Appeals

District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001-2866

Mark J. Langer　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　General Information
Clerk　　　　　　　　　　　　　　　August 4, 2014　　　　　　　　　　　　　　　　　　(202) 216-7000

　　　　　Re:　　14-1146 State of West Virginia, et al v. EPA

Eric Murphy
Office of the Attorney General, State of Ohio
30 East Broad Street
16th Floor
Columbus, OH 43215-3428

Dear Counsel:

　　　It is my understanding that you represent a party in the above captioned case.

　　　Our records reveal that you are not a member of the bar of this court. It is the policy of the court that all attorneys appearing before it be members of the bar of this court. Our instructions do not allow us to accept filings from attorneys who are not members. Also, the names of non-members may not appear on any opinion the court issues. Generally, attorneys must be members of this court to present oral argument. See D.C. Circuit Handbook of Practice and Internal Procedures 6 (2013).

　　　Unless you advise the court that you are not seeking admission and will not be representing a party to the case, your completed application is due by September 3, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,
　　　　　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　　　Lynda M. Flippin
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　Application for Admission to Practice