# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530



FILED AUG -1 2014
CLERK

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. **14-1146**    2. DATE DOCKETED: 08-01-2014
3. CASE NAME (lead parties only) The State of West Virginia v. **Environmental Protection Agency**
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: Environmental Protection Agency
   b. Give agency docket or order number(s): EPA-HQ-OGC-2010-1057
   c. Give date(s) of order(s): March 2, 2011
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled? _____  By whom? _____
      Has the agency acted? ☐ Yes ☐ No  If so, when? _____
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      **Both the proposed rule and the final rule that EPA committed to promulgating under the settlement agreement each independently harm the Petitioner States.**
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☐ Yes ☒ No If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes ☐ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
      **In re Murray Energy Corp., No. 14-1112**
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No If YES, provide program name and participation dates.

Signature _Elbert Lin MT_    Date 07-31-2014
Name of Counsel for Appellant/Petitioner Elbert Lin, Solicitor General, State of West Virginia
Address State Capitol, Bldg. 1, Room E-26, Charleston, WV 25305
E-Mail elbert.lin@wvago.gov    Phone ( 304 ) 558-2021    Fax ( 304 ) 558-0140

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)